```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

        -against-                              MEMORANDUM & ORDER
                                               17-CR-0372(JS)
EMIN L. COHEN,

                        Defendant.
----------------------------------------X
APPEARANCES
For United States:    Whitman G.S. Knapp, Esq.
                      Kaitlin T. Farrell, Esq.
                      U.S. Attorney's Office
                      Eastern District of New York
                      271 Cadman Plaza East
                      Brooklyn, New York 11201

For Defendant
Emin L. Cohen:        Avraham C. Moskowitz, Esq.
                      Christopher R. Neff, Esq.
                      Moskowitz & Book, LLP
                      345 Seventh Avenue, 21st Floor
                      New York, New York 10001
```

SEYBERT, District Judge:

Currently pending before the Court is Defendant Emin L. Cohen's ("Defendant") application for an Order directing the Bureau of Prisons ("BOP") to honor Defendant's September 9, 2020 release date by (1) permitting him to begin his quarantine early so he can be released on September 9, 2020, or (2) releasing him on September 9, 2020 and permitting him to quarantine at home. (Ltr. Mot., D.E. 860; Reply, D.E. 880.)  Defendant explains that he will not be released from custody on September 9, 2020 because the BOP intends to hold him in a specialized unit for a 21-day "quarantine period" prior to his release.  (Ltr. Mot.)  According

to Defendant, his quarantine period cannot begin prior to Setpember 8, 2020, the date of his required drug treatment program graduation ceremony. (Ltr. Mot.) The Government opposes the application. (Opp., D.E. 878.)

In light of the history of this case, and the sentence imposed, the Court is not inclined to interrupt the BOP's requirement that Defendant attend the drug treatment program graduation ceremony. Moreover, given the ongoing health concerns surrounding COVID-19, the Court defers to the BOP's release procedures that serve to enhance the safety of the community. Accordingly, Defendant's application is DENIED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: August  28 , 2020
       Central Islip, New York